IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 5:15-MJ-1404-KS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| Jayah M. Jordan | ) | |

Jayah M. Jordan appeared before the Honorable Kimberly A. Swank, U.S. Magistrate Judge, sitting in the court at Fayetteville, North Carolina, on May 6, 2015, and entered a plea of guilty to Simple Possession in violation of 21 U.S.C. § 844(a). The court, with the express consent of the defendant, placed the defendant on probation for a period of 12 months pursuant to 18 U.S.C. § 3607, without entering a judgment of conviction.

The court finds as a fact that Jayah M. Jordan has complied with the terms of the probation order and no violations have occurred.

The court, pursuant to 18 U.S.C. § 3607(a), hereby discharges the defendant from probation and dismisses those proceedings under which probation had been ordered, effective May 5, 2016.

This the 16th day of September, 2016.

_____
Kimberly A. Swank
U.S. Magistrate Judge